IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOE JIMENEZ,**

    Plaintiff,

  v.           No. 14-cv-0017 JB/SMV

**MANUEL FRIAS, et al.,**

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's latest Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 27]. The Court has already granted the leave sought, *see* [Doc. 23], and Plaintiff paid the filing fee. The application will be denied as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 27] is **DENIED** as moot.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**