IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NOE J. JIMENEZ,

       Plaintiff,

vs.                                                                                              No. CIV 14-0017 JB/SMV

MANUEL FRIAS (L779), JOHN RUBIO,
JOSHUA SAVAGE (L771), LAS CRUCES
POLICE DEPARTMENT, JAIMA MONTOYA,
DONA ANA COUNTY DETENTION CENTER,
CRIS BARELA, CORIZON MEDICAL
SERVICES, JUDGE MARCI BEYERS,
MEMORIAL MEDICAL CENTER, JOSUE
LOPEZ, TERRA L. TOMPSON, JACLYN GALIPEAUX,
JUDGE JACINTO PALOMINO, JIM LOCATELLI,
PETER GIOVANNINIO, THE NEW MEXICO
BEHAVIORAL HEALTH INSTITUTE AT LAS VEGAS,
BABAK MIRIN, U.S. MARSHALS, JAMES BADWAY,
JANETTE CASTILLO, DONA ANA COUNTY
SHERIFF'S DEPARTMENT, TODD GARRISON,
BROCK HARVILLE, LAS CRUCES POLICE
DEPARTMENT, CAPTAIN GARCIA, REBECCA OLAYO,
SONYA GRACZYK, SERGEANT RESENDEZ,
AND SERGEANT MACIAS

       Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Order to Show Cause, filed July 15, 2014 (Doc. 30)("Order"). In the Order, the Court directed Plaintiff Noe Jimenez to notify the Clerk in writing of his current address or otherwise show cause why the Court should not dismiss this action. Jimenez has not responded to the Order. Because Jimenez has failed to comply with a Court order and local rules, or to show cause excusing these failures, the Court will dismiss his Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 1)("Complaint"), and the supplements to his Complaint, Civil Rights Complaint Pursuant to

42 U.S.C. § 1983, filed January 6, 2014 (Doc. 1)(naming Defendants Manuel Frias (L779), John Rubio, and Joshua Savage (L771)); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 2)(naming Defendants Las Cruces Police Department and Jaima Montoya); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 3)(naming Defendants Dona Ana County Detention Center, Chris Barela, and Corizon Medical Services); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 4)(naming Defendant Judge Marci Beyers); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 5)(naming Defendants Memorial Medical Center, Josue Lopez, Terra L. Tompson, and Jaclyn Galipeaux); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 6)(naming Defendant Judge Jacinto Palomino); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 16, 2014 (Doc. 10)(naming Defendants Jim Locatelli and Peter Giovanninio); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 12)(naming Defendants The New Mexico Behavioral Health Institute at Las Vegas and Babak Mirin); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 13)(naming Defendants U.S. Marshals and James Badway); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 14)(naming Defendant Dr. Janette Castillo); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 15)(naming Defendants Dona Ana County Sheriff's Department, Todd Garrison, and Brock Harville); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 16)(naming Defendants Las Cruces Police Department and Jaima Montoya); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 17)(naming Defendants Dona Ana County Detention Center, Chris Barela, Captain Garcia, Rebecca Olayo, Sonya

Graczyk, Sergeant Resendez); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 20, 2014 (Doc. 24)(naming Defendant Judge Marci Beyers); Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed May 5, 2014 (Doc. 26)(amending Complaint against Dona Ana County Detention Center and Barela, and naming Defendant Sergeant Macias).

**IT IS ORDERED** that Plaintiff Noe Jimenez's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 1), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 2), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 3), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 4), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 5), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 6), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 16, 2014 (Doc. 10), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 12), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 13), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 14), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 15), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 16), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 17), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 20, 2014 (Doc. 24), and Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed May 5, 2014 (Doc. 26), are dismissed without prejudice, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Noe J. Jimenez
Dona Ana County Detention Center
Las Cruces, New Mexico

    *Plaintiff pro se*