# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

NOE J. JIMENEZ,

      Plaintiff,

vs.                                                                             No. CIV 14-0017 JB/SMV

MANUEL FRIAS (L779), JOHN RUBIO,
JOSHUA SAVAGE (L771), LAS CRUCES
POLICE DEPARTMENT, JAIMA MONTOYA,
DONA ANA COUNTY DETENTION CENTER,
CRIS BARELA, CORIZON MEDICAL
SERVICES, JUDGE MARCI BEYERS,
MEMORIAL MEDICAL CENTER, JOSUE
LOPEZ, TERRA L. TOMPSON, JACLYN GALIPEAUX,
JUDGE JACINTO PALOMINO, JIM LOCATELLI,
PETER GIOVANNINIO, THE NEW MEXICO
BEHAVIORAL HEALTH INSTITUTE AT LAS VEGAS,
BABAK MIRIN, U.S. MARSHALS, JAMES BADWAY,
JANETTE CASTILLO, DONA ANA COUNTY
SHERIFF'S DEPARTMENT, TODD GARRISON,
BROCK HARVILLE, LAS CRUCES POLICE
DEPARTMENT, CAPTAIN GARCIA, REBECCA OLAYO,
SONYA GRACZYK, SERGEANT RESENDEZ,
AND SERGEANT MACIAS

      Defendants.

## **FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on Plaintiff Noe Jimenez's failure to respond to the Order to Show Cause, filed July 15, 2014 (Doc. 30); and the Court having entered the Order of Dismissal, filed August 31, 2014 (Doc. 32), dismissing without prejudice the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 1), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 2), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 3), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 4), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed

January 6, 2014 (Doc. 5), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 6, 2014 (Doc. 6), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 16, 2014 (Doc. 10), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 12), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 13), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 14), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 15), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 16), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed January 30, 2014 (Doc. 17), Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 20, 2014 (Doc. 24), and Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed May 5, 2014 (Doc. 26),

**IT IS ORDERED** that final judgment is hereby entered in favor of the Defendants, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Noe J. Jimenez
Dona Ana County Detention Center
Las Cruces, New Mexico

   *Plaintiff pro se*